IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK JONES, Sr.,

      Plaintiff,                     No. 2:11-cv-3048 LKK GGH P

    vs.

CALIFORNIA SUPREME COURT,
Clerks and Administrators, et al.,

      Defendants.              <u>ORDER</u>

                                /

         Plaintiff, a state prisoner proceeding pro se and in forma paupers, seeks relief pursuant to 42 U.S.C. § 1983. On June 26, 2012, the court closed this case as frivolous and for failure to state a claim. On July 20, 2012, the court denied plaintiff's motion pursuant to Fed. R. Civ. P. 60(b). Plaintiff filed an appeal with the Ninth Circuit and on September 26, 2012, the Ninth Circuit referred the matter back to this court for the limited purpose of determining whether plaintiff's in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith. For the reasons set forth in the prior courts orders (Docs. 4, 9), the court finds that plaintiff's appeal is frivolous. <u>Hooker v. American Airlines</u>, 302 F.3d 1091, 1092 (9th Cir. 2002). Therefore, plaintiff's in forma pauperis status is revoked.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status is revoked;

2. The Clerk shall serve this order upon the Ninth Circuit Court of Appeals, Case No. 12-17140.

DATED: October 24, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2